AO91 (Rev. 12/03)   Criminal Complaint                                                                                         AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs. | **CRIMINAL COMPLAINT**<br><br>Case Number: 7:17-po-02906 |

Juan LAINEZ-Villanueva
IAE A098 989 398
Honduras 1979

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 11, 2017** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Juan LAINEZ-Villanueva was encountered by Border Patrol Agents near Roma, Texas on June 11, 2017. When questioned as to his citizenship, defendant stated that he was a citizen and national of Honduras, who had entered the United States illegally on June 11, 2017 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

/S/  Armendariz Jr, Francisco  Border Patrol Agent
Signature of Complainant

Armendariz Jr, Francisco     Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 11, 2017                                                       at    McAllen, Texas
Date                                                                         City/State

Peter E Ormsby            U.S. Magistrate Judge                                              
Name of Judge            Title of Judge                                 Signature of Judge